UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE GRULLON,

                Plaintiff,

-against-

SODEXO; JOHN CECCOLINI; BABATUNDE COLE,

                Defendants.

**ORDER**

23-CV-9142 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, *pro se*, and counsel for Defendants appeared by telephone for a pre-motion conference today.

As discussed on the record, the Court does not provide interpreters for civil cases and to the extent Plaintiff requires an interpreter, it is his obligation to secure one.

The Court directed Plaintiff to forthwith contact the Pro Se Intake Unit at (212) 805-0175 for information concerning obtaining counsel to represent him in this case. Plaintiff may also consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court.

The pre-motion conference is continued to June 12, 2024 at 10:00 a.m. to be held by telephone using the same dial-in instructions as today's conference.

SO ORDERED.

Dated: White Plains, New York
         May 22, 2024

                                                  _____
                                                  PHILIP M. HALPERN
                                                  United States District Judge