UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE GRULLON,

                Plaintiff,

-against-

SODEXO; JOHN CECCOLINI; BABATUNDE COLE,

                Defendants.

**ORDER**

23-CV-9142 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, *pro se*, Reverend Christian Santiago, and counsel for Defendants appeared by telephone for a continued pre-motion conference today.

    The Court granted Defendants leave to file a motion to enforce the settlement arrived at during court-annexed mediation, or in the alternative to dismiss the complaint, and set the following briefing schedule: the motion shall be served and filed by July 9, 2024; Plaintiff's opposition shall be served and filed by August 6, 2024; and Defendants' reply shall be served and filed by August 23, 2024.

    As discussed on the record, the Court reminded Plaintiff that he is encouraged to contact the Pro Se Intake Unit and/or the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York to obtain representation in this case.

SO ORDERED.

Dated:    White Plains, New York
            June 12, 2024

                                          PHILIP M. HALPERN
                                          United States District Judge